DAVID BARRON, ESQ.
Nevada Bar No. 142
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: DBarron@lvnvlaw.com
*Attorneys for Defendant*

# UNITIED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*\*\*

| | |
|---|---|
| CHARLESTON RANCHO, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>STANLEY CONVERGENT SECURITY SOLUTIONS, INC., a foreign corporation; DOES 1 through x; and ROE CORPORATIONS XI through XX,<br><br>Defendant. | Case No.: 2:18-cv-02205 (APG VCF)<br><br>**MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**<br>(First Request) |

Pursuant to FRCP 6 (b)(1)(A), and the reasons stated below, Stanley Convergent Security Solutions, Inc. ("Stanley") moves for additional time to respond to Plaintiffs' Complaint:

1. Movant is the Defendant in the above-entitled action pursuant to a Complaint filed in the 8th Judicial District Court, Clark County, Nevada ("State Court") on October 4, 2018, entitled *CHARLESTON RANCHO, LLC, a Nevada limited liability company, v. STANLEY CONVERGENT SECURITY SOLUTIONS, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS XI through XX..* (Case No. A-18-782271-C).

2. Movant removed this action from State Court to this Court by its Petition for Removal on November 16, 2018 [ECF Doc. 1].

1

638.35

3. Pursuant to Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure, Defendant currently must answer, move, or otherwise respond to the Complaint on or before November 26, 2018 (within 7 days after the notice of removal is filed).

4. Defendant respectfully moves the Court to extend the time for Defendant to answer, move, or otherwise respond to the Complaint for an additional 14 days, until on or before December 7, 2018. Defendant respectfully requests such additional time in light of the Thanksgiving holiday occurring before the current answer/response deadline, and in order for Defendant to also address this Court's order regarding Defendant's statement regarding removal [ECF Doc. 3].

5. This is Defendant's first motion for extension of time to answer, move, or otherwise respond to the Complaint, and is sought by Movant in the interests of justice.

6. Counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff is unopposed to the extension of time requested herein.

WHEREFORE, STANLEY CONVERGENT SECURITY SOLUTIONS, INC. prays that this Court grant the extension of time sought by Movant, and extend the time for Defendant to answer, move, or otherwise respond to the Complaint of an additional 14 days, until on or before December 7, 2018.

Dated: November 26, 2018

BARRON & PRUITT, LLP

*/s/ David Barron*
DAVID BARRON, ESQ.
Nevada Bar No. 142
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorney for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-30-2018

638.35

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of November, 2018, I served the foregoing MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT (First Request) as follows:

☐ US MAIL: by placing the document(s) listed above in a sealed envelope, postage prepaid, in the United States Mail at Las Vegas, Nevada, addressed to the following:

☐ BY FAX: by transmitting the document(s) listed above via facsimile transmission to the fax number(s) set forth below.

☐ BY HAND-DELIVERY: by hand-delivering the document(s) listed above to the address(es) set forth below.

☐ BY EMAIL: by emailing the document(s) listed above to the email address(es) set forth below.

☒ BY ELECTRONIC SERVICE: by electronically serving the document(s) listed above with the PACER system upon the following:

Peter B. Mortenson, Esq.
thansen@nvlaw.us
MORTENSON & RAFIE, LLP
10781 West Twain Avenue
Las Vegas, NV 89135
*Attorney for Plaintiff*

/s/ Megan Duckens
An Employee of BARRON & PRUITT, LLP

638.35

3