# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLESTON RANCH, LLC, | Case No.: 2:18-cv-02205-APG-VCF |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| STANLEY CONVERGENT SECURITY SOLUTIONS, INC., | |
| Defendant | |

In light of the response (ECF No. 9) filed by defendant Stanley Convergent Security Solutions, Inc.,

IT IS ORDERED that the order to show cause (ECF No. 4) is deemed satisfied, and I will not remand this action for lack of subject matter jurisdiction at this time.

DATED this 3rd day of December, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE