# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHARLESTON RANCHO, LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>STANLEY CONVERGENT SECURITY SOLUTIONS, INC., a foreign corporation,<br><br>  Defendant. | 2:18-cv-02205-APG-VCF<br>**ORDER** |

Before the Court is Defendant's Motion for Leave to File First Amended Answer (ECF NO. 34).

No opposition has been filed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it would seem as though Plaintiff has consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for Leave to File First Amended Answer (ECF NO. 34) is GRANTED.

Defendant must file its First Amended Answer on or before April 27, 2020.

DATED this 20th day of April 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE