UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLESTON RANCHO, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY CONVERGENT SECURITY SOLUTIONS, INC., a foreign corporation,<br><br>Defendant. | Case No.: 2:18-cv-02205-APG-VCF<br><br><br>ORDER |

Before the Court is Defendant's Unopposed Motion for Leave to File a Third-Party and Motion to Designate Responsible Third Party (ECF No. 37).

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for Leave to File a Third-Party Complaint and Motion to Designate Responsible Third Party (ECF No. 37) is GRANTED in PART.

Defendant must file its Third Party Complaint on or before June 8, 2020.
The request for a "designation" to be entered against a third party which has not yet appeared in this case is DENIED, without prejudice.

DATED this 1st day of June, 2020.

_____
Cam Ferenbach
United States Magistrate Judge