Peter B. Mortenson, Esq.
Nevada Bar No. 5725
Richard Waltjen
Nevada Bar No. 13416
**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: 702-363-4190
Fx: 702-363-4107
E-mail: manager@nvlaw.us
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLESTON RANCHO, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>STANLEY CONVERGENT SECURITY SOLUTIONS, INC.<br><br>   Defendant, Third-party Plaintiff.<br><br>vs.<br><br>AARROWHEAD SECURITY, INC., D/B/A VET-SEC PROTECTION,<br><br>   Third-party Defendant. | Case No.:   2:18-cv-02205-APG-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSES TO PENDING MOTION (FIRST REQUEST)** |

  Plaintiff CHARLESTON RANCHO, LLC ("Plaintiff"), by and through its attorney of record MORTENSON & RAFIE, LLP, Defendant/Third-Party Plaintiff STANLEY CONVERGENT SECURITY SOLUTIONS, INC. ("Stanley"), by and through its attorneys of record, KANE RUSSELL COLEMAN LOGAN PC, and Third-Party Defendant AArrowhead Security, Inc., d/b/a Vet-Sec Protection, by and through its attorney of record TYSON & MENDES LLP, hereby stipulate and jointly request that the court approve extension of time

for Plaintiff to file a response to Stanley's *Motion To Exclude Expert Testimony Of Plaintiff's Experts* [ECF No. 98].

IT IS HEREBY STIPULATED AND AGREED that the deadline for Plaintiff to file a response to Stanley's Motion [ECF No. 98], currently set for January 3, 2022, will be extended to January 7, 2022.

| | |
|---|---|
| DATED this 21 day of December, 2021.<br>MORTENSON & RAFIE, LLP<br><br>*/s/ Peter B. Mortenson*<br><br>PETER B. MORTENSON<br>Nevada Bar No. 5725<br>RICHARD WALTJEN<br>Nevada Bar. No. 13416<br>10781 West Twain Avenue<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiff Charleston Rancho, LLC* | DATED this 21 day of December, 2021.<br>TYSON & MENDES LLP<br><br>*/s/ Victoria L. Hightower*<br><br>CHERYL H. WILSON<br>Nevada Bar No. 8312<br>VICTORIA L. HIGHTOWER<br>Nevada Bar No. 10897<br>170 South Green Valley Parkway, Suite 300<br>Henderson, Nevada 89012<br>*Attorneys for Third-Party Defendant AArowhead Security, Inc., d/b/a/ Vet-Sec Protection* |

DATED this 21 day of December, 2021.
KANE RUSSELL COLEMAN LOGAN PC

*/s/ Jaime Dewees*

ROBERT N. LEMAY
Texas State Bar No. 12188750
JAIME M. DEWEES,
Texas Star Bar No. 24097593
*Admitted Pro Hac Vice*
901 Main Street, Suite 5200
Dallas, Texas 75202
*Attorneys for Defendant Stanley Convergent Security Solutions, Inc.*

IT IS SO ORDERED

DATED: January 6, 2022

_____
UNITED STATES DISTRICT COURT JUDGE