**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CHARLESTON RANCHO, LLC,<br><br>          Plaintiff(s),<br><br>v.<br><br>STANLEY CONVERGENT SECURITY SOLUTIONS, INC.,<br><br>          Defendant(s). | 2:18-cv-02205-APG-VCF<br><br>**ORDER** |

The parties reached a settlement agreement at the settlement conference held on November 9, 2022. (ECF No. 111). The court ordered the parties to file a proposed stipulation and order for dismissal by January 9, 2023. Id. To date, no proposed stipulation and order for dismissal has been filed.

Accordingly,

IT IS HEREBY ORDERED that a video status hearing is scheduled for 1:00 PM, January 31, 2023.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, January 30, 2023.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.

1

- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 10th day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE