**MORTENSON & RAFIE, LLP**
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLESTON RANCHO, LLC, | Case No.: 2:18-cv-02205-APG-VCF |
| Plaintiff, | |
| vs. | |
| STANLEY CONVERGENT SECURITY SOLUTIONS, INC. | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant, Third-party Plaintiff. | |
| vs. | |
| AARROWHEAD SECURITY, INC., D/B/A VET-SEC PROTECTION, | |
| Third-party Defendant. | |

## **STIPULATED ORDER OF DISMISSAL**

IT IS HEREBY ORDERED, by stipulation and agreement of the parties, that this matter is dismissed in its entirety with prejudice, with each side to bear its own attorneys' fees and costs. All future dates are stricken without further notice.

ENTERED: _____February 10_____, 2023.

_____
Hon. Andrew P. Gordon, U.S. District Judge

**AGREED AS TO FORM AND SUBSTANCE:**

| MORTENSON & RAFIE, LLP | TYSON & MENDES LLP |
|---|---|
| */s/ Peter B. Mortenson* | */s/ Sarah Hartig* |
| _____ | _____ |
| PETER B. MORTENSON | THOMAS E. MCGRATH |
| Nevada Bar No. 5725 | Nevada Bar No. 7086 |
| RICHARD WALTJEN | SARAH B. HARTIG |
| Nevada Bar. No. 13416 | Nevada Bar No. 10070 |
| 10781 West Twain Avenue | 2835 St. Rose Pkwy., Suite 140 |
| Las Vegas, Nevada 89135 | Henderson, NV 89052 |
| *Attorneys for Plaintiff Charleston Rancho, LLC* | *Attorneys for Third-Party Defendant AArowhead Security, Inc., d/b/a/ Vet-Sec Protection* |

KANE RUSSELL COLEMAN LOGAN PC

*/s/ Jaime DeWees*
_____
ROBERT N. LEMAY
Texas State Bar No. 12188750
JAIME M. DEWEES,
Texas Star Bar No. 24097593
*Admitted Pro Hac Vice*
901 Main Street, Suite 5200
Dallas, Texas 75202
*Attorneys for Defendant Stanley Convergent Security Solutions, Inc.*